IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CULVER CAPITAL GROUP, INC., a California corporation, ) ) ) Defendant. ) | Case No. 14-cv-4646<br><br>Hon. Amy J. St. Eve |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

1. Default judgment is entered against Defendant Culver Capital Group, Inc. in favor of Plaintiff.

2. Plaintiff is awarded $3,000 in statutory damages, $7,539.50 in attorney's fees to Siprut PC, and $794.65 in costs of suit to Siprut PC, for a total of $11,334.15.

3. Defendant is enjoined from further transmitting unsolicited facsimile advertisements into the State of Illinois to Plaintiff.

Dated: September 30, 2014

_____
**Hon. Amy J. St. Eve**
**United States District Judge**